**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: DEEPWATER HORIZON BELO CASES | Case No. 3:19cv963 |
| This Document Relates to the Cases Identified on Exhibit A | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ORDER

The Court has granted final summary judgment to the BP Defendants in the dermal and eczema bellwether/test cases: *Wesley Covert*, No. 3:21cv3287-MCR-HTC; *Gill McGee*, No. 3:18cv2364-MCR-HTC; *Jeffrey Lawrence*, No. 3:23cv59-MCR-HTC, and *Taurus Lewis*, No. 3:22cv18637-MCR-HTC.  *See* ECF Nos. 733, 742.  The Plaintiffs appealed to the Eleventh Circuit.  That appeal has now been dismissed for want of prosecution, and the Eleventh Circuit's mandate has issued.  ECF No. 752.

When the dermal and eczema test cases were selected to proceed, the remainder of the cases involving dermal and eczema claims represented by the Downs Law Group were stayed by consent of the parties, and those parties agreed

Page 2 of 3

to be bound by the Court's resolution of the general causation issue in the test cases.[1] Therefore, all remaining dermal and eczema cases listed on Exhibit A, attached, are now due to be dismissed, as previously agreed.[2]

Accordingly:

1. All cases listed on **Exhibit A** below are **DISMISSED with prejudice**.

2. The Clerk is directed to file a copy of this Order in each individual case listed on Exhibit A, enter judgment in favor of the BP Defendants, tax costs against the Plaintiffs, and close the files.

**DONE AND ORDERED** this 17th day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] All claims related to ocular or sinus conditions were dismissed as a result of the Court's order granting summary judgment to the BP Defendants on those claims in the ocular and sinus test cases. *See* ECF No. 598.

[2] The cases of all Plaintiffs with dermal or eczema claims filed by other law firms have been dismissed.

## **EXHIBIT A:**
Dermal and Eczema Cases to be DISMISSED with prejudice

| # | Plaintiff Name (Last, First) | Case Number |
|---|---|---|
| 1 | Belis, Luis A. | 5:19-cv-00159 |
| 2 | Brown, Timothy | 5:19-cv-00369 |
| 3 | Corrales, Bernado | 3:19-cv-02056 |
| 4 | Crowder, Tristian | 5:19-cv-00390 |
| 5 | Ross, Keith F. | 5:19-cv-00392 |
| 6 | Kirkland, Luther | 5:19-cv-00462 |
| 7 | Hollie, Horace | 5:22-cv-00168 |
| 8 | Gomez Diaz, Jose | 3:19-cv-02112 |
| 9 | Griggs, Dantonio | 3:19-cv-00020 |