UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HORACE E HOLLIE

    VS                                      CASE NO.   5:22-cv-168-MCR-HTC

BP EXPLORATION & PRODUCTION
INC and BP AMERICA PRODUCTION
COMPANY

## JUDGMENT

This action came the Honorable M. Casey Rodgers presiding and a decision has been rendered.

Final Judgment is entered in favor of Defendants BP EXPLORATION & PRODUCTION, INC. and BP AMERICA PRODUCTION COMPANY and entered against Plaintiff, HORACE E HOLLIE, along with tax costs.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

December 17, 2024              /s/Donna Bajzik
DATE                               Deputy Clerk: Donna Bajzik